THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JUSTINE APPLE, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 6:21-cv-03082-MDH |
| T.J. BRANSFIELD, *et al.*, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is a Joint Stipulation for Dismissal With Prejudice (Doc. 26) filed by Plaintiff's attorney and requests the dismissal of the above action with prejudice, with each party to bear their own costs. It is stated that all settlement documents have been executed and exchanged. The Court takes notice that the only signature block appearing on the document is that of Plaintiff's attorney.

WHEREFORE, after review, the Court hereby dismisses this matter in its entirety with prejudice and with each party bearing their own costs.

**IT IS SO ORDERED.**

DATED:   March 17, 2022

  */s/ Douglas Harpool*
  **DOUGLAS HARPOOL**
  **UNITED STATES DISTRICT JUDGE**